UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CR548 HEA |
| ) | |
| OBIE ANTHONY, ) | |
| ) | |
| Defendant. ) | |

## **AMENDED ORDER**

This matter comes before the Court upon defendant's Motion to Continue Plea Setting [Doc. #85] and Waiver of Speedy Trial [Doc. #70].

This Court, upon careful consideration of the motion of defendant, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting in this matter to a change of plea setting as to defendant Obie Anthony to January 6, 2010, at 11:30 a.m. and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, [Doc. #70].

Concluding that the administration of justice will best be served by continuing this case, the Court will reset the trial setting in this matter to a change of plea hearing on January 6, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that the trial setting as to Defendant Obie Anthony is

changed to a change of plea hearing and is set for January 6, 2010, at 11:30 a.m. This is the final continuance the Court will grant in this matter.

Dated this 1st day of December, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE